**Electronically Filed
Supreme Court
SCWC-20-0000094
22-JUN-2022
08:01 AM
Dkt. 22 ODAC**

SCWC-20-0000094

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CODY SAFADAGO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000094; CASE NO. 5CPC-17-172)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner Cody Safadago's application for writ of

certiorari filed on April 28, 2022 and amended on May 17, 2022,

is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 22, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

